# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

Michael Rowe,

        Plaintiff,

   v.

United States of America,

        Defendant.

Case No. 2:25-cv-01331-GMN-DJA

**Order**

On May 5, 2026, the Court ordered pro se Plaintiff to either file a renewed application to proceed *in forma pauperis* (meaning, without paying the filing fee) or to pay the filing fee. Plaintiff then paid the filing fee on May 6, 2026.

**IT IS THEREFORE ORDERED** that, because amended complaints supersede the original, the amended complaint (ECF No. 4) is the operative complaint in this action. Under Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff has 90 days—**until August 11, 2026**—to serve Defendant.

**IT IS FURTHER ORDERED** that Plaintiff shall serve upon Defendant, or if appearance has been entered by counsel, upon the attorney(s), a copy of every pleading, motion, or other document submitted for consideration by the Court. Plaintiff shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the Defendant or counsel for the Defendant. The Court may disregard any paper received by a District Judge or a Magistrate Judge which has not been filed with the Clerk, and any paper received by a District Judge, Magistrate Judge or the Clerk which fails to include a certificate of service.

DATED: May 12, 2026,

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE