*Attorneys for the Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

MICHAEL ROWE,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendants.

Case No. 2:25-cv-01331-GMN-DJA

**Stipulation and Order**

**(Third Request)**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, Plaintiff Michael Rowe and Defendant United States, hereby stipulate to a 14-day extension, from November 16, 2026, to November 30, 2026, to file an Answer or otherwise respond to Plaintiff's Complaint.

This extension will allow undersigned counsel adequate time to receive and review any file materials associated with this case. Federal Respondent's previous counsel is no longer with the USAO and therefore undersigned counsel has been assigned this case just today, November 16, 2026, which necessitates additional time to respond.

Undersigned defense counsel has consulted with Plaintiff, who advises that he does not object to the request for extension requested herein.

/ / /

/ / /

For the above reasons, Defendant United States respectfully requests this extension of time, to November 30, 2026, to file an Answer or otherwise respond to Plaintiff's Complaint.

This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 16th day of November 2026.

*/s/ Michael Rowe*
MICHAEL ROWE
2300 E. Silverado Ranch Blvd
Suite 1025
Las Vegas, Nevada 89183
*Plaintiff Pro Se*

TODD BLANCHE
United States Attorney General
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Russell Webb*
RUSSELL WEBB
Assistant United States Attorney
*Attorneys for the Federal Respondents*

**IT IS SO ORDERED:**



DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: November 17, 2026